Martha KNUBEL, Appellant, v. SINCLAIR REFINING COMPANY, a Corporation.

No. 13643.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1947.

Harrison Johnston, of Kansas City, Mo., for appellant.

Stanley Garrity and Robert S. Eastin, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.